**DENIED and Opinion Filed July 14, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00554-CV**

**IN RE SUNOCO RETAIL LLC, SUNOCO, LLC,**
**SUNOCO ENERGY SERVICES LLC, GOPETRO TRANSPORT LLC,**
**AND DERRICK RAY LEWIS, Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Kennedy

Before the Court is relators' June 2, 2023 petition for writ of mandamus wherein relators challenge the trial court's April 18, 2023 Order of Transfer.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


        /Nancy Kennedy/
        NANCY KENNEDY
        JUSTICE


230554F.P05